

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00711-CV

Cathy **CHARBONNET** and Ernest Charbonnet,
Appellants

v.

Farouk **SHAMI**, Individually; Farouk Systems, Inc. d/b/a Farouk Systems Group; Armstrong
McCall, Inc.; Armstrong McCall Holdings, Inc.; Armstrong McCall Management, L.C.; and
Andrew Guerra,
Appellees

From the 98th District Court, Travis County, Texas
Trial Court No. D-1-GN-11-001136
The Honorable Tim M. Sulak, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that appellees Farouk Shami, Individually, Farouk Systems, Inc.
d/b/a Farouk Systems Group, Armstrong McCall, Inc., Armstrong McCall Holdings, Inc.,
Armstrong McCall Management, L.C., and Andrew Guerra recover their costs of this appeal
from appellants Cathy and Ernest Charbonnet.

SIGNED June 12, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice